UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA TRIBAL FAMILIES COALITION, YUROK TRIBE, CHEROKEE NATION, FACING FOSTER CARE IN ALASKA, ARK OF FREEDOM ALLIANCE, RUTH ELLIS CENTER, and TRUE COLORS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ALEX AZAR, in his official capacity as Secretary of Health and Human Services, LYNN A. JOHNSON, in her official capacity as Assistant Secretary for the Administration for Children and Families, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, and ADMINISTRATION FOR CHILDREN AND FAMILIES,<br><br>Defendants. | Case No. 3:20-cv-6018-MMC |

**[PROPOSED] SCHEDULING ORDER**

The Court having considered the Parties' submission, hereby GRANTS the Parties' stipulation to extend the deadlines provided by the Court's November 16, 2020 Scheduling Order.

IT IS HEREBY ORDERED that:

- Plaintiffs' motion for summary judgment is due February 15, 2021.
- Defendants' combined opposition to Plaintiffs' motion and cross-motion for summary judgment is due March 15, 2021.
- Plaintiffs' combined reply in support of their motion and opposition to Defendants' cross-motion is due March 29, 2021.
- Defendants' reply in support of their motion is due April 12, 2021.

Dated: January 21, 2021

The Honorable Maxine M. Chesney
United States District Judge