| | |
|---|---|
| Jennifer C. Pizer (CA Bar No. 152327)<br>Lambda Legal Defense and Education Fund<br>4221 Wilshire Blvd., Suite 280<br>Los Angeles, CA 90010<br>(213) 590-5903<br>jpizer@lambdalegal.org | Jeffrey B. Dubner (DC Bar No. 1013399)<br>(admitted *pro hac vice*)<br>Kristen Miller (DC Bar No. 229627)<br>(admitted *pro hac vice*)<br>Sean A. Lev (DC Bar. No. 449936)<br>(admitted *pro hac vice*)<br>Democracy Forward Foundation |
| M. Currey Cook (NY Bar No. 4612834)<br>(admitted *pro hac vice*)<br>Lambda Legal Defense and Education Fund<br>120 Wall St., 19th Fl.<br>New York, New York 10005<br>ccook@lambdalegal.org<br>Telephone: (212) 809-8585 | P.O. Box 34553<br>Washington, DC 20043<br>jdubner@democracyforward.org<br>kmiller@democracyforward.org<br>slev@democracyforward.org<br>Telephone: (202) 448-9090 |
| Sasha Buchert (OR Bar No. 070686)<br>(admitted *pro hac vice*)<br>Lambda Legal Defense and Education Fund<br>1776 K Street, N.W., 8th Floor<br>Washington, DC 20006-2304<br>Sbuchert@lambdalegal.org<br>Telephone: (202) 804-6245 | Kathryn E. Fort (MI Bar No. 69451)<br>(admitted *pro hac vice*)<br>Michigan State University College of Law<br>Indian Law Clinic<br>648 N. Shaw Lane<br>East Lansing, M.I. 48824<br>fort@msu.edu<br>Telephone: (517) 432-6992 |
| *Counsel for Plaintiffs* | *Counsel for Plaintiffs* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA TRIBAL FAMILIES COALITION, YUROK TRIBE, CHEROKEE NATION, FACING FOSTER CARE IN ALASKA, ARK OF FREEDOM ALLIANCE, RUTH ELLIS CENTER, and TRUE COLORS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ALEX AZAR, in his official capacity as Secretary of Health and Human Services, LYNN A. JOHNSON, in her official capacity as Assistant Secretary for the Administration for Children and Families, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, and ADMINISTRATION FOR CHILDREN AND FAMILIES,<br><br>Defendants. | Case No. 3:20-cv-6018-MMC<br><br><br><br><br><br>**JOINT STIPULATED REQUEST AND [PROPOSED] ORDER TO ENLARGE BRIEFING SCHEDULE** |

JOINT STIPULATED REQUEST RE: BRIEFING
SCHEDULE
Case No. 3:20-cv-6018-MMC

Pursuant to this Court's Standing Order (ECF No. 38-1) and Local Civil Rules 6-2 and 7-12, the Parties hereby stipulate to and respectfully request entry of a Court order enlarging the time for summary judgment briefing consistent with the following schedule:

- Plaintiffs' motion for summary judgment is due March 17, 2021.
- Defendants' combined opposition to Plaintiffs' motion and cross-motion for summary judgment is due April 14, 2021.
- Plaintiffs' combined reply in support of their motion and opposition to Defendants' cross-motion is due April 28, 2021.
- Defendants' reply in support of their motion is due May 12, 2021.

This is the third time modification request by the Parties. The Parties previously requested (1) an enlargement of Defendants' deadline to file an answer and a certified copy of the Administrative Record, and (2) an enlargement of the summary judgment briefing schedule due to the obligations of Plaintiffs' Counsel in other matters, including five substantive filings and a hearing on a motion to dismiss that was scheduled in the second half of January.

The Parties seek the present enlargement because Defendants have notified Plaintiffs that, in light of the change in administration, the Defendants are reevaluating the rule at issue in this case. Specifically, Defendants are considering reinstating the data elements that were included in the 2016 rule, but were omitted from the 2020 rule and that are the subject of Plaintiffs' challenge thereto. It would present the most efficient use of the Parties' and the Court's resources if Defendants are provided additional time to complete their evaluation before commencing briefing.

The only effect on this Court's schedule will be to extend the conclusion of summary judgment briefing by 30 days. Accordingly, the parties respectfully request that the Court enter the proposed stipulated schedule.

IT IS SO STIPULATED.

Dated: February 9, 2021                              Respectfully submitted,

By: */s/ Jeffrey B. Dubner*
Jeffrey B. Dubner (DC Bar No. 1013399)
(admitted *pro hac vice*)
Kristen Miller (D.C. Bar. No. 229627)

|   |   |
|---|---|
| 1 | (admitted *pro hac vice*) |
| 2 | Sean A. Lev (D.C. Bar. No. 449936) |
|   | (admitted *pro hac vice*) |
| 3 | Democracy Forward Foundation |
|   | P.O. Box 34553 |
| 4 | Washington, DC 20043 |
|   | jdubner@democracyforward.org |
| 5 | kmiller@democracyforward.org |
|   | slev@democracyforward.org |
| 6 | Telephone: (202) 448-9090 |

Jennifer C. Pizer (CA Bar. No. 152327)
Lambda Legal Defense and Education Fund
4221 Wilshire Blvd., Suite 280
Los Angeles, CA 90010
(213) 590-5903
jpizer@lambdalegal.org

M. Currey Cook (NY Bar No. 4612834)
(admitted *pro hac vice*)
Lambda Legal Defense and Education Fund
120 Wall St., 19th Fl.
New York, New York 10005
ccook@lambdalegal.org
Telephone: (212) 809-8585

Sasha Buchert (Oregon Bar No. 070686)
(admitted *pro hac vice*)
Lambda Legal Defense and Education Fund
1776 K Street, N.W., 8th Floor
Washington, DC 20006-2304
Sbuchert@lambdalegal.org
Telephone: (202) 804-6245

Kathryn E. Fort (MI Bar No. 69451)
(admitted *pro hac vice*)
Michigan State University College of Law
Indian Law Clinic
648 N. Shaw Lane
East Lansing, M.I. 48824
fort@msu.edu
Telephone: (517) 432-6992

*Counsel for Plaintiffs*

Dated: February 9, 2021                Respectfully submitted,

| | |
|---|---|
| 1 | DAVID L. ANDERSON |
| 2 | United States Attorney |
| 3 | _/s/ Emmet P. Ong_ |
| 4 | EMMET P. ONG |
|   | Assistant United States Attorney |
| 5 | |
| 6 | *Counsel for Defendants* |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STIPULATED REQUEST TO ENLARGE
BRIEFING SCHEDULE   3
Case No. 3:20-cv-6018-MMC

**[PROPOSED] ORDER**

Pursuant to stipulation of the parties, IT IS SO ORDERED.

DATED:_____

_____
HON. MAXINE M. CHESNEY
United States District Judge