| | |
|---|---|
| Jennifer C. Pizer (CA Bar No. 152327) | Jeffrey B. Dubner (DC Bar No. 1013399) |
| Lambda Legal Defense and Education Fund | (admitted *pro hac vice*) |
| 4221 Wilshire Blvd., Suite 280 | Kristen Miller (DC Bar No. 229627) |
| Los Angeles, CA 90010 | (admitted *pro hac vice*) |
| (213) 590-5903 | Sean A. Lev (DC Bar. No. 449936) |
| jpizer@lambdalegal.org | (admitted *pro hac vice*) |
| | Democracy Forward Foundation |
| M. Currey Cook (NY Bar No. 4612834) | P.O. Box 34553 |
| (admitted *pro hac vice*) | Washington, DC 20043 |
| Lambda Legal Defense and Education Fund | jdubner@democracyforward.org |
| 120 Wall St., 19th Fl. | kmiller@democracyforward.org |
| New York, New York 10005 | slev@democracyforward.org |
| ccook@lambdalegal.org | Telephone: (202) 448-9090 |
| Telephone: (212) 809-8585 | |
| | Kathryn E. Fort (MI Bar No. 69451) |
| Sasha Buchert (OR Bar No. 070686) | (admitted *pro hac vice*) |
| (admitted *pro hac vice*) | Michigan State University College of Law |
| Lambda Legal Defense and Education Fund | Indian Law Clinic |
| 1776 K Street, N.W., 8th Floor | 648 N. Shaw Lane |
| Washington, DC 20006-2304 | East Lansing, M.I. 48824 |
| Sbuchert@lambdalegal.org | fort@msu.edu |
| Telephone: (202) 804-6245 | Telephone: (517) 432-6992 |
| | |
| *Counsel for Plaintiffs* | *Counsel for Plaintiffs* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA TRIBAL FAMILIES COALITION, et al., | Case No. 3:20-cv-6018-MMC |
| Plaintiffs, | |
| v. | |
| XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, et al., | **JOINT STIPULATED REQUEST AND [PROPOSED] ORDER TO ENLARGE BRIEFING SCHEDULE** |
| Defendants. | |

JOINT STIPULATED REQUEST RE: BRIEFING
SCHEDULE
Case No. 3:20-cv-6018-MMC

Pursuant to this Court's Standing Order (ECF No. 38-1) and Local Civil Rules 6-2 and 7-12, the Parties hereby stipulate to and respectfully request entry of a Court order enlarging the time for summary judgment briefing consistent with the following schedule:

- Plaintiffs' motion for summary judgment is due May 17, 2021.
- Defendants' combined opposition to Plaintiffs' motion and cross-motion for summary judgment is due June 16, 2021.
- Plaintiffs' combined reply in support of their motion and opposition to Defendants' cross-motion is due July 1, 2021.
- Defendants' reply in support of their motion is due July 15, 2021.

This is the fifth time modification request by the Parties. The Parties previously requested (1) an enlargement of Defendants' deadline to file an answer and a certified copy of the Administrative Record, (2) an enlargement of the summary judgment briefing schedule due to the obligations of Plaintiffs' Counsel in other matters, including five substantive filings and a hearing on a motion to dismiss that was scheduled in the second half of January, (3) an enlargement of the summary judgment briefing schedule so that Defendants could reevaluate the rule at issue in this case, and (4) an enlargement of the summary judgment schedule so that the Parties could discuss potential resolutions to the case.

The Parties seek the present enlargement because they are continuing to discuss the possibility of resolving the case without summary judgment briefing. It would present the most efficient use of the Parties' and the Court's resources if the Parties complete these discussions before commencing briefing.

The only effect on this Court's schedule will be to extend the conclusion of summary judgment briefing by 30 days. Accordingly, the Parties respectfully request that the Court enter the proposed stipulated schedule.

IT IS SO STIPULATED.

Dated: April 8, 2021                                  Respectfully submitted,

                                                      By:  /s/ Jeffrey B. Dubner
                                                      Jeffrey B. Dubner (DC Bar No. 1013399)

(admitted *pro hac vice*)
Kristen Miller (DC Bar. No. 229627)
(admitted *pro hac vice*)
Sean A. Lev (DC Bar. No. 449936)
(admitted *pro hac vice*)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
jdubner@democracyforward.org
kmiller@democracyforward.org
slev@democracyforward.org
Telephone: (202) 448-9090

Jennifer C. Pizer (CA Bar. No. 152327)
Lambda Legal Defense and Education Fund
4221 Wilshire Blvd., Suite 280
Los Angeles, CA 90010
(213) 590-5903
jpizer@lambdalegal.org

M. Currey Cook (NY Bar No. 4612834)
(admitted *pro hac vice*)
Lambda Legal Defense and Education Fund
120 Wall St., 19th Fl.
New York, New York 10005
ccook@lambdalegal.org
Telephone: (212) 809-8585

Sasha Buchert (Oregon Bar No. 070686)
(admitted *pro hac vice*)
Lambda Legal Defense and Education Fund
1776 K Street, N.W., 8th Floor
Washington, DC 20006-2304
Sbuchert@lambdalegal.org
Telephone: (202) 804-6245

Kathryn E. Fort (MI Bar No. 69451)
(admitted *pro hac vice*)
Michigan State University College of Law
Indian Law Clinic
648 N. Shaw Lane
East Lansing, M.I. 48824
fort@msu.edu
Telephone: (517) 432-6992

*Counsel for Plaintiffs*

JOINT STIPULATED REQUEST TO ENLARGE
BRIEFING SCHEDULE
Case No. 3:20-cv-6018-MMC

2

| | |
|---|---|
| Dated: April 8, 2021 | Respectfully submitted, |
| | DAVID L. ANDERSON |
| | United States Attorney |
| | _/s/ Emmet P. Ong_ |
| | EMMET P. ONG |
| | Assistant United States Attorney |
| | |
| | *Counsel for Defendants* |

JOINT STIPULATED REQUEST TO ENLARGE
BRIEFING SCHEDULE
Case No. 3:20-cv-6018-MMC

3

**[PROPOSED] ORDER**

Pursuant to stipulation of the parties, IT IS SO ORDERED.

DATED:_____

_____
HON. MAXINE M. CHESNEY
United States District Judge