| | |
|---|---|
| Jennifer C. Pizer (CA Bar No. 152327)<br>Lambda Legal Defense and Education Fund<br>4221 Wilshire Blvd., Suite 280<br>Los Angeles, CA 90010<br>(213) 590-5903<br>jpizer@lambdalegal.org<br><br>M. Currey Cook (NY Bar No. 4612834)<br>(admitted *pro hac vice*)<br>Lambda Legal Defense and Education Fund<br>120 Wall St., 19th Fl.<br>New York, New York 10005<br>ccook@lambdalegal.org<br>Telephone: (212) 809-8585<br><br>Sasha Buchert (OR Bar No. 070686)<br>(admitted *pro hac vice*)<br>Lambda Legal Defense and Education Fund<br>1776 K Street, N.W., 8th Floor<br>Washington, DC 20006-2304<br>Sbuchert@lambdalegal.org<br>Telephone: (202) 804-6245<br><br>*Counsel for Plaintiffs* | Jeffrey B. Dubner (DC Bar No. 1013399)<br>(admitted *pro hac vice*)<br>Kristen Miller (DC Bar No. 229627)<br>(admitted *pro hac vice*)<br>Sean A. Lev (DC Bar. No. 449936)<br>(admitted *pro hac vice*)<br>Democracy Forward Foundation<br>P.O. Box 34553<br>Washington, DC 20043<br>jdubner@democracyforward.org<br>kmiller@democracyforward.org<br>slev@democracyforward.org<br>Telephone: (202) 448-9090<br><br>Kathryn E. Fort (MI Bar No. 69451)<br>(admitted *pro hac vice*)<br>Michigan State University College of Law<br>Indian Law Clinic<br>648 N. Shaw Lane<br>East Lansing, M.I. 48824<br>fort@msu.edu<br>Telephone: (517) 432-6992<br><br>*Counsel for Plaintiffs* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA TRIBAL FAMILIES COALITION, *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>XAVIER BECERRA, in his official capacity as Acting Secretary of Health and Human Services, *et al.*,[1]<br><br>   Defendants. | Case No. 3:20-cv-6018-MMC<br><br>**JOINT STIPULATED REQUEST AND [PROPOSED] ORDER RE: PAGE LENGTH**; ORDER DENYING JOINT STIPULATED REQUEST WITHOUT PREJUDICE |

---

[1] Under Rule 25(d) of the Federal Rules of Civil Procedure, Mr. Becerra is automatically substituted as a party for former Secretary of Health and Human Services Alex Azar, and Ben Goldhaber is automatically substituted for former Assistant Secretary for the Administration for Children and Families Lynn Johnson.

JOINT STIPULATED REQUEST RE: PAGE
LENGTH - Case No. 3:20-cv-6018-MMC

Pursuant to Civil Local Rule 7-12, the parties hereby stipulate to and respectfully request entry of an order allowing the parties to exceed page limitations in the parties' summary judgment briefing, beginning with Plaintiffs' motion due on February 15, 2021. According to Civil Local Rules 7-2(b) and 7-3(a), (c), motions and oppositions shall not exceed 25 pages and replies shall not exceed 15 pages without leave of court. The parties ask for leave to file initial motions of no more than 40 pages each, and replies of no more than 22 pages. The greater lengths are warranted by the volume and length of the 2960-page administrative record, the 2016 and 2020 final rules and their regulatory histories, and Plaintiffs' 75-page complaint.

Dated: April 6, 2021

Respectfully submitted,

By: /s/ Jeffrey B. Dubner
Jeffrey B. Dubner (DC Bar No. 1013399)
(admitted *pro hac vice*)
Kristen Miller (D.C. Bar. No. 229627)
(admitted *pro hac vice*)
Sean A. Lev (D.C. Bar. No. 449936)
(admitted *pro hac vice*)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
jdubner@democracyforward.org
kmiller@democracyforward.org
slev@democracyforward.org
Telephone: (202) 448-9090


Jennifer C. Pizer (CA Bar. No. 152327)
Lambda Legal Defense and Education Fund
4221 Wilshire Blvd., Suite 280
Los Angeles, CA 90010
(213) 590-5903
jpizer@lambdalegal.org

M. Currey Cook (NY Bar No. 4612834)
(admitted *pro hac vice*)
Lambda Legal Defense and Education Fund
120 Wall St., 19th Fl.
New York, New York 10005
ccook@lambdalegal.org
Telephone: (212) 809-8585

Sasha Buchert (Oregon Bar No. 070686)
(admitted *pro hac vice*)
Lambda Legal Defense and Education Fund
1776 K Street, N.W., 8th Floor
Washington, DC 20006-2304
Sbuchert@lambdalegal.org
Telephone: (202) 804-6245

Kathryn E. Fort (MI Bar No. 69451)
(admitted *pro hac vice*)
Michigan State University College of Law
Indian Law Clinic
648 N. Shaw Lane
East Lansing, M.I. 48824
fort@msu.edu
Telephone: (517) 432-6992

*Counsel for Plaintiffs*

Dated: April 6, 2021

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/ *Emmet P. Ong*
EMMET P. ONG
Assistant United States Attorney

*Counsel for Defendants*

ORDER

In light of the recent Stipulation, filed today's date, by which the parties seek an extension of the above-referenced briefing schedule, for the purpose of endeavoring to resolve the case without the need for such briefing, their stipulated request for additional pages is hereby DENIED without prejudice to renewal in the event they are unable to reach a mutually acceptable resolution.

Dated:  April 8, 2021

_____
United States District Judge