1   Jennifer C. Pizer (CA Bar No. 152327)       Jeffrey B. Dubner (DC Bar No. 1013399)
    Lambda Legal Defense and Education Fund      (admitted *pro hac vice*)
2   4221 Wilshire Blvd., Suite 280               Kristen Miller (DC Bar No. 229627)
3   Los Angeles, CA 90010                        (admitted *pro hac vice*)
    (213) 590-5903                               Sean A. Lev (DC Bar. No. 449936)
4   jpizer@lambdalegal.org                       (admitted *pro hac vice*)
                                                 Democracy Forward Foundation
5   M. Currey Cook (NY Bar No. 4612834)          P.O. Box 34553
    (admitted *pro hac vice*)                    Washington, DC 20043
6   Lambda Legal Defense and Education Fund      jdubner@democracyforward.org
7   120 Wall St., 19th Fl.                       kmiller@democracyforward.org
    New York, New York 10005                     slev@democracyforward.org
8   ccook@lambdalegal.org                        Telephone: (202) 448-9090
    Telephone: (212) 809-8585
9                                                Kathryn E. Fort (MI Bar No. 69451)
    Sasha Buchert (OR Bar No. 070686)            (admitted *pro hac vice*)
10  (admitted *pro hac vice*)                    Michigan State University College of Law
11  Lambda Legal Defense and Education Fund      Indian Law Clinic
    1776 K Street, N.W., 8th Floor               648 N. Shaw Lane
12  Washington, DC 20006-2304                    East Lansing, M.I. 48824
    Sbuchert@lambdalegal.org                     fort@msu.edu
13  Telephone: (202) 804-6245                    Telephone: (517) 432-6992

14  *Counsel for Plaintiffs*                     *Counsel for Plaintiffs*

15                          UNITED STATES DISTRICT COURT
16                       NORTHERN DISTRICT OF CALIFORNIA
                              SAN FRANCISCO DIVISION
17

18  CALIFORNIA TRIBAL FAMILIES COALITION,   |   Case No. 3:20-cv-6018-MMC
    *et al.*,                               |
19                                          |   **JOINT STIPULATED REQUEST AND
             Plaintiffs,                     |   [PROPOSED] ORDER RE: PAGE
20                                          |   LENGTH**
             v.                              |
21                                          |
    XAVIER BECERRA, in his official capacity as  |
22  Acting Secretary of Health and Human Services, *et*  |
    *al.*,[1]                               |
23                                          |
             Defendants.                    |

24

25

26  ─────────────────────────

27  [1] Under Rule 25(d) of the Federal Rules of Civil Procedure, Mr. Becerra is automatically
    substituted as a party for former Secretary of Health find Human Services Alex Azar, and Ben
28  Goldhaber is automatically substituted for former Assistant Secretary for the Administration for
    Children and Families Lynn Johnson.

    JOINT STIPULATED REQUEST RE: PAGE
    LENGTH - Case No. 3:20-cv-6018-MMC

1    Pursuant to Civil Local Rule 7-12, the parties hereby stipulate to and respectfully request entry

2  of an order allowing the parties to exceed page limitations in the parties' summary judgment briefing,

3  beginning with Plaintiffs' motion due on May 17, 2021.[2] According to Civil Local Rule 7-4(b),

4  motions and oppositions shall not exceed 25 pages and replies shall not exceed 15 pages without leave

5  of court. The parties ask for leave to file initial motions of no more than 30 pages each, and replies of

6  no more than 18 pages. The greater lengths are warranted by the volume and length of the 2960-page

7  administrative record, the 2016 and 2020 final rules and their regulatory histories, and Plaintiffs' 75-

8  page complaint.

9

10  Dated: May 6, 2021                          Respectfully submitted,

11                                              By:  /s/ Jeffrey B. Dubner
                                                Jeffrey B. Dubner (DC Bar No. 1013399)
12                                              (admitted *pro hac vice*)
                                                Kristen Miller (DC Bar. No. 229627)
13                                              (admitted *pro hac vice*)
                                                Sean A. Lev (DC Bar. No. 449936)
14                                              (admitted *pro hac vice*)
                                                Democracy Forward Foundation
15                                              P.O. Box 34553
                                                Washington, DC 20043
16                                              jdubner@democracyforward.org
                                                kmiller@democracyforward.org
17                                              slev@democracyforward.org
                                                Telephone: (202) 448-9090
18

19
                                                Jennifer C. Pizer (CA Bar. No. 152327)
20                                              Lambda Legal Defense and Education Fund
                                                4221 Wilshire Blvd., Suite 280
21                                              Los Angeles, CA 90010
                                                (213) 590-5903
22                                              jpizer@lambdalegal.org

23
                                                M. Currey Cook (NY Bar No. 4612834)
24                                              (admitted *pro hac vice*)
                                                Lambda Legal Defense and Education Fund
25                                              120 Wall St., 19th Fl.

26

27  ───────────────────
[2] Although the parties continue to engage in settlement discussions, Plaintiffs have not received a
28  current offer from Defendants. The parties therefore submit this request for 5 additional pages on
    motions (and 3 additional pages on replies) in the event that they are unable to reach an agreement.

JOINT STIPULATED REQUEST RE: PAGE                    1
  LENGTH - Case No. 3:20-cv-6018-MMC

New York, New York 10005
ccook@lambdalegal.org
Telephone: (212) 809-8585

Sasha Buchert (Oregon Bar No. 070686)
(admitted *pro hac vice*)
Lambda Legal Defense and Education Fund
1776 K Street, N.W., 8th Floor
Washington, DC 20006-2304
Sbuchert@lambdalegal.org
Telephone: (202) 804-6245

Kathryn E. Fort (MI Bar No. 69451)
(admitted *pro hac vice*)
Michigan State University College of Law
Indian Law Clinic
648 N. Shaw Lane
East Lansing, M.I. 48824
fort@msu.edu
Telephone: (517) 432-6992

*Counsel for Plaintiffs*

Dated: May 6, 2021                        Respectfully submitted,

DAVID L. ANDERSON
United States Attorney
/s/ *Emmet P. Ong*
EMMET P. ONG
Assistant United States Attorney

*Counsel for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____        _____
                                        THE HONORABLE MAXINE M. CHESNEY
                                        UNITED STATES DISTRICT JUDGE

JOINT STIPULATED REQUEST RE: PAGE            2
LENGTH - Case No. 3:20-cv-6018-MMC