IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA TRIBAL FAMILIES COALITION, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ALEX AZAR, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-06018-MMC<br><br>**ORDER DIRECTING PLAINTIFFS TO SUBMIT CHAMBERS COPIES** |

On May 17, 2021, plaintiffs electronically filed their Motion for Summary Judgment, as well as six exhibits attached thereto.

Given the large number of pages comprising said filings, plaintiffs are hereby DIRECTED to submit forthwith a chambers copy of each of the above-referenced documents. See General Order No. 72-6 (suspending local rules requiring chambers copies "unless a judge orders otherwise in a specific case").

**IT IS SO ORDERED.**

Dated: May 19, 2021

　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　United States District Judge