STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
EMMET P. ONG (NYBN 4581369)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612-5217
   Telephone: (510) 637-3929
   Facsimile: (510) 637-3724
   E-mail: emmet.ong@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA TRIBAL FAMILIES COALITION *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>ALEX AZAR *et al.*,<br><br>    Defendants. | Civil Action No. 3:20-cv-06018-MMC<br><br>**STATEMENT OF NONOPPOSITION** |

STATEMENT OF NONOPPOSITION
NO. 3:20-CV-06018-MMC

Pursuant to Civil L.R. 7-3(b), Defendants do not oppose the Motion for Leave to File Brief on Behalf of Members of Congress as Amici Curiae in Support of Plaintiffs' Motion for Summary Judgment, Dkt. No. 68.

DATED: May 19, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

 /s/ *Emmet P. Ong*
EMMET P. ONG
Assistant United States Attorney

*Attorneys for Defendants Alex Azar, in his official capacity as Secretary of Health and Human Services; Lynn a. Johnson, in her official capacity as Assistant Secretary for the Administration for Children and Families; U.S. Department of Health and Human Services; and Administration for Children and Families.*

STATEMENT OF NONOPPOSITION
NO. 3:20-CV-06018-MMC   1