| | |
|---|---|
| Jennifer C. Pizer (CA Bar No. 152327)<br>Lambda Legal Defense and Education Fund<br>4221 Wilshire Blvd., Suite 280<br>Los Angeles, CA 90010<br>(213) 590-5903<br>jpizer@lambdalegal.org | Jeffrey B. Dubner (DC Bar No. 1013399)<br>(admitted *pro hac vice*)<br>Kristen Miller (DC Bar No. 229627)<br>(admitted *pro hac vice*)<br>Sean A. Lev (DC Bar. No. 449936)<br>(admitted *pro hac vice*)<br>Democracy Forward Foundation<br>P.O. Box 34553<br>Washington, DC 20043<br>jdubner@democracyforward.org<br>kmiller@democracyforward.org<br>slev@democracyforward.org<br>Telephone: (202) 448-9090 |
| M. Currey Cook (NY Bar No. 4612834)<br>(admitted *pro hac vice*)<br>Lambda Legal Defense and Education Fund<br>120 Wall St., 19th Fl.<br>New York, New York 10005<br>ccook@lambdalegal.org<br>Telephone: (212) 809-8585 | |
| Sasha Buchert (OR Bar No. 070686)<br>(admitted *pro hac vice*)<br>Lambda Legal Defense and Education Fund<br>1776 K Street, N.W., 8th Floor<br>Washington, DC 20006-2304<br>Sbuchert@lambdalegal.org<br>Telephone: (202) 804-6245 | Kathryn E. Fort (MI Bar No. 69451)<br>(admitted *pro hac vice*)<br>Michigan State University College of Law<br>Indian Law Clinic<br>648 N. Shaw Lane<br>East Lansing, M.I. 48824<br>fort@msu.edu<br>Telephone: (517) 432-6992 |
| *Counsel for Plaintiffs* | *Counsel for Plaintiffs* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA TRIBAL FAMILIES COALITION, YUROK TRIBE, CHEROKEE NATION, FACING FOSTER CARE IN ALASKA, ARK OF FREEDOM ALLIANCE, RUTH ELLIS CENTER, and TRUE COLORS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ALEX AZAR, in his official capacity as Secretary of Health and Human Services, LYNN A. JOHNSON, in her official capacity as Assistant Secretary for the Administration for Children and Families, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, and ADMINISTRATION FOR CHILDREN AND FAMILIES,<br><br>Defendants. | Case No. 3:20-cv-6018-MMC<br><br><br><br><br><br><br><br>**STIPULATION AND [PROPOSED] ORDER TO ENLARGE BRIEFING SCHEDULE** |

Pursuant to this Court's Standing Order (ECF No. 38-1) and Local Civil Rules 6-2 and 7-12, the Parties hereby stipulate to and respectfully request entry of a Court order enlarging the time for summary judgment briefing consistent with the following schedule:

- Defendants' combined opposition to Plaintiffs' motion and cross-motion for summary judgment is due September 15, 2021.
- Plaintiffs' combined reply in support of their motion and opposition to Defendants' cross-motion is due September 29, 2021.
- Defendants' reply in support of their motion is due October 13, 2021.
- If Defendants seek another extension of summary judgment briefing, they shall do so by no later than September 3, 2021. If Plaintiffs oppose any such request, the parties shall instead file a joint submission by no later than September 3, 2021.

This is the sixth time modification request by the Parties. As discussed in the prior request, the Parties had been negotiating a resolution to this action. Those discussions have reached an impasse. To that end, the Parties stipulate and respectfully request that the Court enter the proposed stipulated schedule. The Parties respectfully submit that proceeding this way would present the most efficient use of the Court's and the Parties' resources.

IT IS SO STIPULATED.

Dated: August 16, 2021                    Respectfully submitted,

By:  /s/ Kristen Miller
Jeffrey B. Dubner (DC Bar No. 1013399)
(admitted *pro hac vice*)
Kristen Miller (D.C. Bar. No. 229627)
(admitted *pro hac vice*)
Sean A. Lev (D.C. Bar. No. 449936)
(admitted *pro hac vice*)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
jdubner@democracyforward.org
kmiller@democracyforward.org
slev@democracyforward.org
Telephone: (202) 448-9090

Jennifer C. Pizer (CA Bar. No. 152327)

Lambda Legal Defense and Education Fund
4221 Wilshire Blvd., Suite 280
Los Angeles, CA 90010
(213) 590-5903
jpizer@lambdalegal.org

M. Currey Cook (NY Bar No. 4612834)
(admitted *pro hac vice*)
Lambda Legal Defense and Education Fund
120 Wall St., 19th Fl.
New York, New York 10005
ccook@lambdalegal.org
Telephone: (212) 809-8585

Sasha Buchert (Oregon Bar No. 070686)
(admitted *pro hac vice*)
Lambda Legal Defense and Education Fund
1776 K Street, N.W., 8th Floor
Washington, DC 20006-2304
Sbuchert@lambdalegal.org
Telephone: (202) 804-6245

Kathryn E. Fort (MI Bar No. 69451)
(admitted *pro hac vice*)
Michigan State University College of Law
Indian Law Clinic
648 N. Shaw Lane
East Lansing, M.I. 48824
fort@msu.edu
Telephone: (517) 432-6992

*Counsel for Plaintiffs*

Dated: August 16, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

 /s/ Emmet P. Ong
EMMET P. ONG
Assistant United States Attorney

*Counsel for Defendants*

JOINT STIPULATED REQUEST TO ENLARGE
BRIEFING SCHEDULE
Case No. 3:20-cv-6018-MMC

2

**[PROPOSED] ORDER**

Pursuant to stipulation of the parties, IT IS SO ORDERED.

DATED: August 17, 2021

_____
HON. MAXINE M. CHESNEY
United States District Judge