| | |
|---|---|
| Jennifer C. Pizer (CA Bar No. 152327)<br>Lambda Legal Defense and Education Fund<br>4221 Wilshire Blvd., Suite 280<br>Los Angeles, CA 90010<br>(213) 590-5903<br>jpizer@lambdalegal.org | Jeffrey B. Dubner (DC Bar No. 1013399)<br>(admitted *pro hac vice*)<br>Kristen Miller (DC Bar No. 229627)<br>(admitted *pro hac vice*)<br>Sean A. Lev (DC Bar. No. 449936)<br>(admitted *pro hac vice*)<br>Democracy Forward Foundation |
| M. Currey Cook (NY Bar No. 4612834)<br>(admitted *pro hac vice*)<br>Lambda Legal Defense and Education Fund<br>120 Wall St., 19th Fl.<br>New York, New York 10005<br>ccook@lambdalegal.org<br>Telephone: (212) 809-8585 | P.O. Box 34553<br>Washington, DC 20043<br>jdubner@democracyforward.org<br>kmiller@democracyforward.org<br>slev@democracyforward.org<br>Telephone: (202) 448-9090 |
| Sasha Buchert (OR Bar No. 070686)<br>(admitted *pro hac vice*)<br>Lambda Legal Defense and Education Fund<br>1776 K Street, N.W., 8th Floor<br>Washington, DC 20006-2304<br>Sbuchert@lambdalegal.org<br>Telephone: (202) 804-6245 | Kathryn E. Fort (MI Bar No. 69451)<br>(admitted *pro hac vice*)<br>Michigan State University College of Law<br>Indian Law Clinic<br>648 N. Shaw Lane<br>East Lansing, M.I. 48824<br>fort@msu.edu<br>Telephone: (517) 432-6992 |
| *Counsel for Plaintiffs* | *Counsel for Plaintiffs* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA TRIBAL FAMILIES COALITION, YUROK TRIBE, CHEROKEE NATION, FACING FOSTER CARE IN ALASKA, ARK OF FREEDOM ALLIANCE, RUTH ELLIS CENTER, and TRUE COLORS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ALEX AZAR, in his official capacity as Secretary of Health and Human Services, LYNN A. JOHNSON, in her official capacity as Assistant Secretary for the Administration for Children and Families, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, and ADMINISTRATION FOR CHILDREN AND FAMILIES,<br><br>Defendants. | Case No. 3:20-cv-6018-MMC<br><br><br><br><br><br>**JOINT STIPULATED REQUEST RE: BRIEFING SCHEDULE** |

JOINT STIPULATED REQUEST RE: BRIEFING
SCHEDULE
Case No. 3:20-cv-6018-MMC

Pursuant to this Court's Standing Order (ECF No. 38-1) and Local Civil Rules 6-2 and 7-12, the Parties hereby stipulate to and respectfully request entry of a Court order enlarging the time for summary judgment briefing consistent with the following schedule:

- October 15: Defendants' combined response to Plaintiffs' motion for summary judgment and cross-motion for voluntary remand
- November 5: Plaintiffs' combined reply in support of their motion and response to Defendants' cross-motion
- November 19: Defendants' reply in support of their cross-motion
- December 3, or the next available date: Hearing on the cross-motions

Defendants maintain their request for a stay of summary judgment briefing, which Plaintiffs continue to oppose. *See* Doc. No. 96 (Sept. 3, 2021). If the Court grants that request, Defendants shall file their motion for voluntary remand on October 15, 2021.

This enlargement was agreed upon through mediation with Magistrate Judge Beeler to allow Defendants time to provide a settlement proposal to Plaintiffs. Defendants will make best efforts to provide a settlement proposal by September 30, 2021, addressing the questions posed by Plaintiffs during mediation. If Defendants are not able to do so, they will provide a date certain on September 30 for providing such a proposal. The parties agree that no further extensions of Defendants' next filing deadline will be sought except pursuant to joint agreement by the parties or in exigent circumstances.

IT IS SO STIPULATED.

Dated: September 15, 2021　　　　　　　　　Respectfully submitted,

By: */s/ Jeffrey B. Dubner*
Jeffrey B. Dubner (DC Bar No. 1013399)
(admitted *pro hac vice*)
Kristen Miller (D.C. Bar. No. 229627)
(admitted *pro hac vice*)
Sean A. Lev (D.C. Bar. No. 449936)
(admitted *pro hac vice*)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
jdubner@democracyforward.org
kmiller@democracyforward.org

JOINT STIPULATED REQUEST RE: BRIEFING SCHEDULE
Case No. 3:20-cv-6018-MMC

1

1  slev@democracyforward.org
   Telephone: (202) 448-9090
2

3  Jennifer C. Pizer (CA Bar. No. 152327)
4  Lambda Legal Defense and Education Fund
   4221 Wilshire Blvd., Suite 280
5  Los Angeles, CA 90010
   (213) 590-5903
6  jpizer@lambdalegal.org

7  M. Currey Cook (NY Bar No. 4612834)
8  (admitted *pro hac vice*)
   Lambda Legal Defense and Education Fund
9  120 Wall St., 19th Fl.
   New York, New York 10005
10 ccook@lambdalegal.org
   Telephone: (212) 809-8585
11

12 Sasha Buchert (Oregon Bar No. 070686)
   (admitted *pro hac vice*)
13 Lambda Legal Defense and Education Fund
   1776 K Street, N.W., 8th Floor
14 Washington, DC 20006-2304
   Sbuchert@lambdalegal.org
15 Telephone: (202) 804-6245

16 Kathryn E. Fort (MI Bar No. 69451)
17 (admitted *pro hac vice*)
   Michigan State University College of Law
18 Indian Law Clinic
   648 N. Shaw Lane
19 East Lansing, M.I. 48824
   fort@msu.edu
20 Telephone: (517) 432-6992

21
   *Counsel for Plaintiffs*
22

23

24 Dated: September 15, 2021      Respectfully submitted,

25                                DAVID L. ANDERSON

26                                United States Attorney

                                  */s/ Emmet P. Ong*
27
                                  EMMET P. ONG
28
                                  Assistant United States Attorney

JOINT STIPULATED REQUEST TO ENLARGE      2
BRIEFING SCHEDULE
Case No. 3:20-cv-6018-MMC

*Counsel for Defendants*

JOINT STIPULATED REQUEST TO ENLARGE
BRIEFING SCHEDULE
Case No. 3:20-cv-6018-MMC

3

**[PROPOSED] ORDER**

Pursuant to stipulation of the parties, IT IS SO ORDERED.

DATED:_____

_____
HON. MAXINE M. CHESNEY
United States District Judge