IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA TRIBAL FAMILIES COALITION, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>XAVIER BECERRA, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-06018-MMC<br><br>**ORDER VACATING HEARING ON MOTIONS FOR SUMMARY JUDGMENT AND MOTION FOR VOLUNTARY REMAND** |

Before the Court are three motions:  (1) plaintiffs' Motion for Summary Judgment, filed May 17, 2021; (2) defendants' Cross-Motion for Summary Judgment, filed October 15, 2021; and (3) defendants' Motion for Voluntary Remand Without Vacatur, filed October 15, 2021.  The motions have been fully briefed.  Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for December 3, 2021.

**IT IS SO ORDERED.**

Dated: November 30, 2021

　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　United States District Judge