| | |
|---|---|
| Jennifer C. Pizer (CA Bar No. 152327)<br>Lambda Legal Defense and Education Fund<br>4221 Wilshire Blvd., Suite 280<br>Los Angeles, CA 90010<br>(213) 590-5903<br>jpizer@lambdalegal.org | Kristen Miller (admitted *pro hac vice*)<br>Jeffrey B. Dubner (admitted *pro hac vice*)<br>Sean A. Lev (admitted *pro hac vice*)<br>Democracy Forward Foundation<br>P.O. Box 34553<br>Washington, DC 20043<br>jdubner@democracyforward.org |
| M. Currey Cook (admitted *pro hac vice*)<br>Lambda Legal Defense and Education Fund<br>120 Wall St., 19th Fl.<br>New York, New York 10005<br>ccook@lambdalegal.org<br>Telephone: (212) 809-8585 | kmiller@democracyforward.org<br>slev@democracyforward.org<br>Telephone: (202) 448-9090<br><br>Kathryn E. Fort (admitted *pro hac vice*)<br>Michigan State University College of Law<br>Indian Law Clinic |
| Sasha Buchert (admitted *pro hac vice*)<br>Lambda Legal Defense and Education Fund<br>1776 K Street, N.W., 8th Floor<br>Washington, DC 20006-2304<br>Sbuchert@lambdalegal.org<br>Telephone: (202) 804-6245 | 648 N. Shaw Lane<br>East Lansing, M.I. 48824<br>fort@msu.edu<br>Telephone: (517) 432-6992<br><br>*Counsel for Plaintiffs* |

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA TRIBAL FAMILIES COALITION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>Defendants. | Case No. 3:20-cv-6018-MMC<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTARY MATERIAL** |

Pursuant to Local Rule 7-3(d), Plaintiffs respectfully request leave to file the attached Notice of Supplementary Material to update the Court on facts relevant to Defendants' Motion for Voluntary Remand Without Vacatur, ECF No. 102 ("Defs.' Mot."). The proposed Notice of Subsequent Factual Development will update the Court regarding the Spring 2022 Regulatory Agenda recently published by Defendant Department of Health and Human Services, which shows that Defendants are not developing a proposed rule to replace the 2020 Final Rule challenged in this case. *See* Notice Attachment A. The fact that Defendants do not expect to issue even a *proposed* rule within the next 24 months is relevant to their request for this Court to exercise equitable discretion by remanding the rule to the agency without vacatur, as it confirms that the undisputed harm to Plaintiffs will persist for years to come. *See* Pls.' Opp'n to Defs.' Mot. for Remand Without Vacatur, ECF No. 104, at 13-17.

Under Local Rule 7-3(d), a party may file supplementary material after a motion's hearing date only with "prior Court approval." The hearing date for Defendants' Motion (as well as the parties' cross-motions for summary judgment) was December 3, 2021. Accordingly, Plaintiffs require leave of the Court to file supplementary material. Plaintiffs contacted Defendants on Thursday, June 30, 2022 to request their position on this motion, but Defendants have not provided their position as of this July 6, 2022 filing.

Dated: July 6, 2022

Respectfully submitted,

By: */s/ Jeffrey B. Dubner*
Jeffrey B. Dubner (admitted *pro hac vice*)
Kristen P. Miller (admitted *pro hac vice*)
Sean A. Lev (admitted *pro hac vice*)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
jdubner@democracyforward.org
kmiller@democracyforward.org
slev@democracyforward.org
Telephone: (202) 448-9090

Jennifer C. Pizer (CA Bar. No. 152327)
Lambda Legal Defense and Education Fund
4221 Wilshire Blvd., Suite 280

|   |   |
|---|---|
| 1 | Los Angeles, CA 90010 |
| 2 | (213) 590-5903 |
|   | jpizer@lambdalegal.org |

M. Currey Cook (admitted *pro hac vice*)
Lambda Legal Defense and Education Fund
120 Wall St., 19th Fl.
New York, New York 10005
ccook@lambdalegal.org
Telephone: (212) 809-8585

Sasha Buchert (admitted *pro hac vice*)
Lambda Legal Defense and Education Fund
1776 K Street, N.W., 8th Floor
Washington, DC 20006-2304
Sbuchert@lambdalegal.org
Telephone: (202) 804-6245

Kathryn E. Fort (admitted *pro hac vice*)
Michigan State University College of Law
Indian Law Clinic
648 N. Shaw Lane
East Lansing, M.I. 48824
fort@msu.edu
Telephone: (517) 432-6992

*Counsel for Plaintiffs*