| | |
|---|---|
| Jennifer C. Pizer (CA Bar No. 152327)<br>Lambda Legal Defense and Education Fund<br>4221 Wilshire Blvd., Suite 280<br>Los Angeles, CA 90010<br>(213) 590-5903<br>jpizer@lambdalegal.org<br><br>M. Currey Cook (admitted *pro hac vice*)<br>Lambda Legal Defense and Education Fund<br>120 Wall St., 19th Fl.<br>New York, New York 10005<br>ccook@lambdalegal.org<br>Telephone: (212) 809-8585<br><br>Sasha Buchert (admitted *pro hac vice*)<br>Lambda Legal Defense and Education Fund<br>1776 K Street, N.W., 8th Floor<br>Washington, DC 20006-2304<br>Sbuchert@lambdalegal.org<br>Telephone: (202) 804-6245<br><br>*Counsel for Plaintiffs* | Kristen Miller (admitted *pro hac vice*)<br>Jeffrey B. Dubner (admitted *pro hac vice*)<br>Sean A. Lev (admitted *pro hac vice*)<br>Democracy Forward Foundation<br>P.O. Box 34553<br>Washington, DC 20043<br>jdubner@democracyforward.org<br>kmiller@democracyforward.org<br>slev@democracyforward.org<br>Telephone: (202) 448-9090<br><br>Kathryn E. Fort (admitted *pro hac vice*)<br>Michigan State University College of Law<br>Indian Law Clinic<br>648 N. Shaw Lane<br>East Lansing, M.I. 48824<br>fort@msu.edu<br>Telephone: (517) 432-6992<br><br>*Counsel for Plaintiffs* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA TRIBAL FAMILIES COALITION, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>    Defendants. | Case No. 3:20-cv-6018-MMC<br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTARY MATERIAL** |

PLAINTIFFS' NOTICE OF
SUPPLEMENTARY MATERIAL
Case No. 3:20-cv-6018-MMC

Pursuant to Local Rule 7-3(d), Plaintiffs file this Notice of Supplemental Material to update the Court on facts relevant to Defendants' Motion for Voluntary Remand Without Vacatur, ECF No. 102 ("Defs.' Mot.").

On June 21, 2022, Defendant Department of Health and Human Services ("HHS") issued its Spring 2022 Regulatory Agenda. Pursuant to Executive Order 12,866 section 4(b), an agency's Regulatory Agenda must include "all regulations under development or review." 58 Fed. Reg. 51,735, 51,738 (Sept. 30, 1993). Actions expected to be taken within 12 months are listed as "Active," and actions expected more than 12 months out are listed as "Long-Term Actions." *See* Off. of Info. & Regul. Affs., Off. of Mgmt. & Budget, *About the Unified Agenda*, https://www.reginfo.gov/public/jsp/eAgenda/UA_About.myjsp (last accessed July 6, 2022). HHS's Spring 2022 Regulatory Agenda is attached as Attachment A.

Defendants have previously asserted that they "are seeking to adopt a new rule due to a change in administration," Defs.' Reply in Supp. of Mot. for Voluntary Remand Without Vacatur, ECF No. 109, at 1, and have "already begun to obtain the necessary departmental clearance from agency leadership to move forward with the rulemaking process," Defs.' Mot. at 2. However, the Spring 2022 Regulatory Agenda does not include any rulemaking related to the Adoption and Foster Care Analysis and Reporting System ("AFCARS"). *See* Attachment A. This means that no amendment to the challenged 2020 Final Rule is "under development." 58 Fed. Reg. at 51,738. Indeed, even the "Long-Term Actions" list does not contain any such rule, meaning that Defendants do not expect to issue a proposed rule or take any other action on the subject in the next two years, and consequently do not intend to issue a final rule in the current presidential term.

Accordingly, and for the reasons stated in Plaintiffs' Opposition to Defendants' Motion for Remand Without Vacatur, ECF No. 104, the equities do not support Defendants' request to remand the 2020 Final Rule so that Defendants can consider amending it, and the 2020 Final Rule should be remanded *with* vacatur.

PLAINTIFFS' NOTICE OF
SUPPLEMENTARY MATERIAL
Case No. 3:20-cv-6018-MMC

1

| | |
|---|---|
| Dated: July 6, 2022 | Respectfully submitted, |
| | By: /s/ *Jeffrey B. Dubner* |
| | Jeffrey B. Dubner (admitted *pro hac vice*) |
| | Kristen P. Miller (admitted *pro hac vice*) |
| | Sean A. Lev (admitted *pro hac vice*) |
| | Democracy Forward Foundation |
| | P.O. Box 34553 |
| | Washington, DC 20043 |
| | jdubner@democracyforward.org |
| | kmiller@democracyforward.org |
| | slev@democracyforward.org |
| | Telephone: (202) 448-9090 |
| | |
| | Jennifer C. Pizer (CA Bar. No. 152327) |
| | Lambda Legal Defense and Education Fund |
| | 4221 Wilshire Blvd., Suite 280 |
| | Los Angeles, CA 90010 |
| | (213) 590-5903 |
| | jpizer@lambdalegal.org |
| | |
| | M. Currey Cook (admitted *pro hac vice*) |
| | Lambda Legal Defense and Education Fund |
| | 120 Wall St., 19th Fl. |
| | New York, New York 10005 |
| | ccook@lambdalegal.org |
| | Telephone: (212) 809-8585 |
| | |
| | Sasha Buchert (admitted *pro hac vice*) |
| | Lambda Legal Defense and Education Fund |
| | 1776 K Street, N.W., 8th Floor |
| | Washington, DC 20006-2304 |
| | Sbuchert@lambdalegal.org |
| | Telephone: (202) 804-6245 |
| | |
| | Kathryn E. Fort (admitted *pro hac vice*) |
| | Michigan State University College of Law |
| | Indian Law Clinic |
| | 648 N. Shaw Lane |
| | East Lansing, M.I. 48824 |
| | fort@msu.edu |
| | Telephone: (517) 432-6992 |
| | |
| | *Counsel for Plaintiffs* |

PLAINTIFFS' NOTICE OF SUPPLEMENTARY MATERIAL
Case No. 3:20-cv-6018-MMC

2