IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA TRIBAL FAMILIES COALITION, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>ALEX AZAR, et al.,<br><br>        Defendants. | Case No. 20-cv-06018-MMC<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTARY MATERIAL; DIRECTIONS TO PARTIES** |

Before the Court is plaintiffs' Motion for Leave to File Notice of Supplementary Material, filed July 6, 2022.  Good cause appearing, the motion is hereby GRANTED, and plaintiffs shall file the Notice of Supplementary Material no later than July 15, 2022. Defendants shall file any response thereto, not to exceed three pages in length, exclusive of exhibits, no later than July 29, 2022.

**IT IS SO ORDERED.**

Dated: July 8, 2022

                                      MAXINE M. CHESNEY
                                      United States District Judge