| | |
|---|---|
| Jennifer C. Pizer (CA Bar No. 152327)<br>Lambda Legal Defense and Education Fund<br>4221 Wilshire Blvd., Suite 280<br>Los Angeles, CA 90010<br>(213) 590-5903<br>jpizer@lambdalegal.org<br><br>M. Currey Cook (admitted *pro hac vice*)<br>Lambda Legal Defense and Education Fund<br>120 Wall St., 19th Fl.<br>New York, New York 10005<br>ccook@lambdalegal.org<br>Telephone: (212) 809-8585<br><br>Sasha Buchert (admitted *pro hac vice*)<br>Lambda Legal Defense and Education Fund<br>1776 K Street, N.W., 8th Floor<br>Washington, DC 20006-2304<br>Sbuchert@lambdalegal.org<br>Telephone: (202) 804-6245<br><br>*Counsel for Plaintiffs* | Kristen Miller (admitted *pro hac vice*)<br>Jeffrey B. Dubner (admitted *pro hac vice*)<br>Sean A. Lev (admitted *pro hac vice*)<br>Democracy Forward Foundation<br>P.O. Box 34553<br>Washington, DC 20043<br>jdubner@democracyforward.org<br>kmiller@democracyforward.org<br>slev@democracyforward.org<br>Telephone: (202) 448-9090<br><br>Kathryn E. Fort (admitted *pro hac vice*)<br>Michigan State University College of Law<br>Indian Law Clinic<br>648 N. Shaw Lane<br>East Lansing, M.I. 48824<br>fort@msu.edu<br>Telephone: (517) 432-6992<br><br>*Counsel for Plaintiffs* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA TRIBAL FAMILIES COALITION, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>　　　　Defendants. | Case No. 3:20-cv-6018-MMC<br><br>**PLAINTIFFS' NOTICE OF FILING NUNC PRO TUNC** |

1    On July 6, Plaintiffs filed a Motion for Leave to File a Notice of Supplementary Material.
2 ECF No. 113. Attached to the motion was the proposed Notice of Supplementary Material and an
3 attachment. ECF Nos. 113-1, 113-2. On July 8, the Court granted the motion and directed
4 Plaintiffs to file the notice no later than July 15, 2022. ECF No. 114.

5    Due to an internal miscommunication, Plaintiffs did not refile by the Notice of
6 Supplementary Material by July 15. Accordingly, Plaintiffs now file the Notice of Supplementary
7 Material and respectfully request that it be treated *nunc pro tunc* as having been filed on July 15.
8 Because the Notice of Supplementary Material and its attachment are identical to the ones filed on
9 July 6 as ECF Nos. 113-1 and 113-2, there is no prejudice to Defendants. Counsel for Plaintiffs
10 contacted counsel for Defendants, who indicated that they have no objections to this *nunc pro tunc*
11 filing.

13 Dated: July 19, 2022                Respectfully submitted,

By:  */s/ Jeffrey B. Dubner*
Jeffrey B. Dubner (admitted *pro hac vice*)
Kristen P. Miller (admitted *pro hac vice*)
Sean A. Lev (admitted *pro hac vice*)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
jdubner@democracyforward.org
kmiller@democracyforward.org
slev@democracyforward.org
Telephone: (202) 448-9090

Jennifer C. Pizer (CA Bar. No. 152327)
Lambda Legal Defense and Education Fund
4221 Wilshire Blvd., Suite 280
Los Angeles, CA 90010
(213) 590-5903
jpizer@lambdalegal.org

M. Currey Cook (admitted *pro hac vice*)
Lambda Legal Defense and Education Fund
120 Wall St., 19th Fl.
New York, New York 10005
ccook@lambdalegal.org
Telephone: (212) 809-8585

Sasha Buchert (admitted *pro hac vice*)
Lambda Legal Defense and Education Fund
1776 K Street, N.W., 8th Floor
Washington, DC 20006-2304
Sbuchert@lambdalegal.org
Telephone: (202) 804-6245

Kathryn E. Fort (admitted *pro hac vice*)
Michigan State University College of Law
Indian Law Clinic
648 N. Shaw Lane
East Lansing, M.I. 48824
fort@msu.edu
Telephone: (517) 432-6992

*Counsel for Plaintiffs*