UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA TRIBAL FAMILIES COALITION, et al.,<br><br>    Plaintiffs.<br><br>v.<br><br>ALEX AZAR, et al.,<br><br>    Defendants. | Case No. 20-cv-06018-MMC<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Re: Dkt. No. 117 |

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    1. Plaintiffs' motion for summary judgment is hereby DENIED.

    2. Defendants' motion for summary judgment is hereby GRANTED, and

    3. Defendants' motion for voluntary remand without vacatur is hereby DENIED as moot.

**IT IS SO ORDERED AND ADJUDGED**

Dated: 11/4/2022

                                                     Mark B. Busby, Clerk of Court

                                                     Tracy Geiger
                                                     Deputy Clerk