UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
Form 1. Notice of Appeal from a Judgment or Order of a
United States District Court

Name of U.S. District Court: Northern District of California

U.S. District Court case number: 3:20-cv-06018-MMC

Date case was first filed in U.S. District Court: 08/27/2020

Date of judgment or order you are appealing: 11/04/2022

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

California Tribal Families Coalition, Yurok Tribe, Cherokee Nation, Facing Foster Care in Alaska, Ruth Ellis Center

Is this a cross-appeal?   ○ Yes   ☉ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ☉ No

If Yes, what is the prior appeal case number?

Your mailing address:

Democracy Forward Foundation

P.O. Box 34553

City: Washington   State: DC   Zip Code: 20043

Prisoner Inmate or A Number (if applicable):

Signature: Jeffrey B. Dubner   Date: 01/03/2023

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                                                         Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

California Tribal Families Coalition, Yurok Tribe, Cherokee Nation, Facing Foster Care in Alaska, Ruth Ellis Center

Name(s) of counsel (if any):

Kristen Miller, Jeffrey B. Dubner, Sean A. Lev

Address: P.O. Box 34553, Washington, DC 20043

Telephone number(s): 202-448-9090

Email(s): kmiller@democracyforward.org, jdubner@democracyforward.org

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Xavier Becerra, in his official capacity as Secretary of Health and Human Services; January Contreras, in her official capacity as Assistant Secretary for the Administration of Children and Families; see next page for additional parties

Name(s) of counsel (if any):

Stephanie M. Hinds, Michelle Lo, Emmet P. Ong

Address: 1301 Clay St., Suite 340S, Oakland CA 94612

Telephone number(s): 510-637-3929

Email(s): emmet.ong@usdoj.gov

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                      1                                  *Rev. 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
California Tribal Families Coalition, Yurok Tribe, Cherokee Nation, Facing Foster Care in Alaska, Ruth Ellis Center

Name(s) of counsel (if any):
Jennifer C. Pizer

Address: 4221 Wilshire Blvd., Suite 280, Los Angeles, CA 90010

Telephone number(s): (213) 590-5903

Email(s): jpizer@lambdalegal.org

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ⊙ No

**Appellees**

Name(s) of party/parties:
U.S. Department of Health and Human Services; Administration for Children and Families

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    2                           Rev. 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
California Tribal Families Coalition, Yurok Tribe, Cherokee Nation, Facing Foster Care in Alaska, Ruth Ellis Center

Name(s) of counsel (if any):
M. Currey Cook

Address: 120 Wall St., 19th Fl., New York, NY 10005
Telephone number(s): (212) 809-8585
Email(s): ccook@lambdalegal.org

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ● No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:
Telephone number(s):
Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:
Telephone number(s):
Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                      2                         Rev. 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

California Tribal Families Coalition, Yurok Tribe, Cherokee Nation, Facing Foster Care in Alaska, Ruth Ellis Center

Name(s) of counsel (if any):

Sasha Buchert

Address: 1776 K Street, N.W., 8th Floor, Washington, DC 20006-2304

Telephone number(s): (202) 804-6245

Email(s): Sbuchert@lambdalegal.org

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ⦿ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**  2  Rev. 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
California Tribal Families Coalition, Yurok Tribe, Cherokee Nation, Facing Foster Care in Alaska, Ruth Ellis Center

Name(s) of counsel (if any):
Kathryn E. Fort

Address: 648 N. Shaw Lane, East Lansing, MI 48824
Telephone number(s): fort@msu.edu
Email(s): (517) 432-6992

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ● No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:
Telephone number(s):
Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:
Telephone number(s):
Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                     2                            *Rev. 12/01/2018*