Case: 23-15010, 12/14/2023, DktEntry: 17, Page 1 of 2

|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>DEC 14 2023<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

CALIFORNIA TRIBAL FAMILIES COALITION; et al.,

           Plaintiffs-Appellants,

 and

ARK OF FREEDOM ALLIANCE; TRUE COLORS, INC.,

           Plaintiffs,

 v.

XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; et al.,

           Defendants-Appellees.

No. 23-15010

D.C. No. 3:20-cv-06018-MMC
Northern District of California,
San Francisco

ORDER

      The parties' joint motion (Docket Entry No. 16) to stay appellate proceedings is granted. The previously established briefing schedule is vacated.

      Appellate proceedings are stayed until resolution of the Department of Health and Human Services' rulemaking process, or until further order of the court.

      The parties shall file a status report on January 17, 2024, and every 90 days thereafter while the rulemaking process remains pending. Status reports should

include any change in the status of the rulemaking process and the estimated date of resolution, if known.

The parties shall notify the court by filing a status report within 7 days of resolution of the rulemaking process.

Failure to file a status report will terminate the stay of appellate proceedings. The briefing schedule will be reset in a future order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT